**Order entered October 31, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00530-CV

### JEREMY MICHAEL LIEBBE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 19-90393-86-F**

### ORDER

Before the Court are appellee's October 27, 2022 second motion for an extension of time to file its brief and appellant's response opposing the motion. We **GRANT** the motion and extend the time to **November 8, 2022**. We caution appellee that further extension requests will be disfavored.

/s/    BILL PEDERSEN, III
        JUSTICE